No. 71–5948. PRESLER *v.* STATE DIVISION OF HUMAN RIGHTS ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.